UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN F. BERMUDEZ L.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE WESTIN ST. FRANCIS HOTEL,<br><br>　　　　　Defendant. | Case No.  16-cv-00257-EDL<br><br>**ORDER TO SERVE AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 7, 8 |

　　　　This Court previously issued an Order granting Plaintiff's application to proceed *in forma pauperis* and sua sponte dismissing Plaintiff's complaint with leave to amend.  In the Order dismissing the complaint, the Court required that any amended complaint clearly state which factual allegations and claims relate to which defendants.  Plaintiff filed an amended complaint and a subsequent errata naming only one defendant and more clearly describing the basis for his claims.  Though the amended complaint is not a model of clarity, the Court will not dismiss it as frivolous pursuant to 28 U.S.C. § 1915.

　　　　The Clerk is hereby Ordered to issue summons, and it is further Ordered that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, errata, scheduling orders, attachments, plaintiff's affidavit and this order upon the Defendant.

　　　　**IT IS SO ORDERED.**

Dated:  April 25, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge