UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN F. BERMUDEZ L.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE WESTIN ST. FRANCIS HOTEL,<br><br>　　　　Defendant. | Case No.  16-cv-00257-EDL<br><br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT FOR LIMITED PURPOSE AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 21 |

The Plaintiff having requested and being in need of counsel to assist him/her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1.　　The clerk shall forward the referral order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division.  The scope of this referral shall be for:

( )　all purposes for the duration of the case

(X)　the limited purpose of representing the litigant in the course of

　　　( )　mediation

　　　( )　early neutral evaluation

　　　(X)　settlement conference

　　　( ) briefing

　　　( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

( )   discovery as follows:

( )   other:

2.    Upon being notified by the Project that an attorney has been located to represent

Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for

the scope of representation described above.  If the appointment of counsel is for

limited purposes, the Court shall issue an order relieving the volunteer attorney

from the limited representation of the litigant once those purposes have been

fulfilled.

3.    All proceedings in this action are hereby stayed until four weeks from the date an

attorney is appointed to represent Plaintiff in this action.

**IT IS SO ORDERED.**

Dated: July 5, 2016

_____

ELIZABETH D. LAPORTE
United States Magistrate Judge