UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUAN F. BERMUDEZ L.,

    Plaintiff,

Case Number: 16-cv-00257 EDL

vs.

ORDER APPOINTING COUNSEL

THE WESTIN ST. FRANCIS HOTEL,

    Defendant.

    Because the Plaintiff has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Katharine Chao (SBN 247571), Chao Legal, 1300 Clay Street, #600, Oakland, Ca 94612 is hereby appointed as counsel for Plaintiff in this matter.

    The scope of this referral shall be for:

☐ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☒ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows:

    ☐ other:

    All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: July 18, 2016

_____
United States Magistrate Judge